UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jon D. Gruber, individually and on behalf of all others similarly situated,

   Plaintiffs,

v.

Ryan R. Gilbertson, Michael L. Reger, Gabriel G. Claypool, Craig M. McKenzie, Timothy R. Brady, Terry H. Rust, Paul M. Cownie, David J. Fellon, Gary L. Alvord, & James L. Thornton,

   Defendants.

---

Case No. 16-cv-9727-WHP

**JOINT NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that a hearing will be held on October 20, 2017 at 11:30 a.m. before the Honorable William H. Pauley III, in courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on the Motion to Dismiss Plaintiff's Second Amended Complaint submitted by Defendants Ryan R. Gilbertson, Michael L. Reger, Gabriel G. Claypool, Craig M. McKenzie, Timothy R. Brady, Terry H. Rust, Paul M. Cownie, David J. Fellon, Gary L. Alvord, and James L. Thornton.

## MOTION

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants hereby move the Court for an order dismissing Plaintiff's Second Amended Complaint in the above-captioned action on the ground that the Second Amended Complaint fails to state a claim for which this Court may grant relief and fails to plead fraud with particularity. The Motion is based upon all of the

pleadings, files, records, and proceedings herein, the memorandum of law and exhibits in support of the Motion, and the arguments of counsel to be made at the hearing.

Dated:  August 15, 2017	LINDQUIST & VENNUM LLP

By:  s/ K. Jon Breyer
K. Jon Breyer (admitted *pro hac vice*)
jbreyer@lindquist.com
Christopher M. Proczko (admitted *pro hac vice*)
cproczko@lindquist.com
80 South Eighth Street, Suite 2000
Minneapolis, Minnesota 55402-2119
Telephone: (612) 371-3211

Marjorie J. Peerce
peercem@ballardspahr.com
Ballard Spahr LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3915
Telephone: (212) 223-0200

*Attorneys for Defendants Craig M. McKenzie, Terry H. Rust, Paul M. Cownie, David J. Fellon, Gary L. Alvord, and James L. Thornton*

Dated:  August 15, 2017	DORSEY & WHITNEY LLP

By:  s/ James K. Langdon
James K. Langdon (admitted *pro hac vice*)
langdon.jim@dorsey.com
Michael E. Rowe III (admitted *pro hac vice*)
rowe.michael@dorsey.com
50 South 6th Street, Suite 1500
Minneapolis, MN  55402
Telephone:  (612) 340-8759

David A. Scheffel
scheffel.david@dorsey.com
Dorsey & Whitney LLP
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200

*Attorneys for Defendant Michael L. Reger*

Dated:  August 15, 2017　　　　　　　MORGAN, LEWIS & BOCKIUS LLP

By:　s/ Kenneth M. Kliebard
　　　Kenneth M. Kliebard (admitted *pro hac vice*)
　　　kenneth.kliebard@morganlewis.com
　　　Jane E. Dudzinski (admitted *pro hac vice*)
　　　jane.dudzinski@morganlewis.com
77 West Wacker Drive, Suite 500
Chicago, Illinois 60601
Telephone:  (312) 324-1000

Victoria Peng
Victoria.peng@morganlewis.com
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000

*Attorneys for Defendant Gabriel G. Claypool*

Dated:  August 15, 2017　　　　　　　FOX ROTHSCHILD LLP

By:　s/ Ranelle Leier
　　　Ranelle Leier (admitted *pro hac vice*)
　　　rleier@foxrothschild.com
　　　Carrie Baker Anderson (admitted *pro hac vice*)
　　　cbanderson@foxrothschild.com
2000 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402-3339
Telephone:  (312) 607-7000

Oksana G. Wright
Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, New York 10178
Telephone: (212) 878-7900

*Attorneys for Defendant Timothy R. Brady*

Dated: August 15, 2017    ROCK HUTCHINSON PLLP

By: s/ Troy J. Hutchinson
Troy J. Hutchinson (admitted *pro hac vice*)
thutchison@rockhutchison.com
120 South Sixth Street, Suite 2050
Minneapolis, MN 55402
Telephone: (612) 573-3682

*Attorneys for Defendant Ryan R. Gilbertson*