UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x
JON D. GRUBER, Individually And On Behalf :
Of All Others Similarly Situated, :
 :
               Plaintiff, : No. 16-cv-09727-WHP
 :
    v. :
 :
RYAN R. GILBERTSON, et al., :
 :
              Defendants. :
 :
----------------------------------- x

**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

PLEASE TAKE NOTICE that, upon the Third Amended Consolidated Class Action Complaint, submitted January 29, 2019, the accompanying Lead Plaintiff's Memorandum in Support of Motion for Class Certification and Appointment of Class Representative and Class Counsel; the accompanying declaration of Solomon B. Cera and the exhibits thereto; and upon all prior papers and proceedings herein as well as such further argument as the Court may allow at any hearing on the motion, Lead Plaintiff Jon D. Gruber moves this Court for an Order pursuant to Rules 23(a), 23(b)(3), and 23(g) of the Federal Rules of Civil Procedure: (i) certifying this action as a class action; (ii) appointing Lead Plaintiff as Class Representative; and (iii) appointing Cera LLP as Class Counsel.

PLEASE TAKE FURTHER NOTICE that Lead Plaintiff respectfully requests oral argument on this motion.

Dated: January 29, 2019

Respectfully submitted,

CERA LLP

By: _____
Solomon B. Cera (Admitted *pro hac vice*)
Louis A. Kessler (Admitted *pro hac vice*)
Pamela A. Markert (Admitted *pro hac vice*)
595 Market Street, Suite 1350
San Francisco, CA 94105
Telephone: (415) 777-2230
Email: scera@cerallp.com
Email: lakessler@cerallp.com
Email: pmarkert@cerallp.com

– and –

Jeffrey S. Abraham
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Email: JAbraham@aftlaw.com

*Attorneys for Lead Plaintiff and On Behalf of All Others Similarly Situated*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, a true and correct copy of the foregoing was served electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties shown on the electronic filing receipt.

_____
Solomon B. Cera

2