UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JON D. GRUBER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RYAN R. GILBERTSON; MICHAEL L. REGER; GABRIEL G. CLAYPOOL; CRAIG M. MCKENZIE; TIMOTHY R. BRADY; TERRY H. RUST; PAUL M. COWNIE; DAVID J. FELLON; GARY L. ALVORD; JAMES L. THORNTON; JAMES RANDALL REGER; JOSEPH CLARK REGER, Individually And As A Custodian for W.J.R. And J.M.R. (UTMA); WELDON W. GILBERTSON, Individually And As Custodian for H.G. (UTMA), and as Trustee of the RYAN GILBERTSON 2012 FAMILY IRREVOCABLE TRUST; THE TOTAL DEPTH FOUNDATION; JESSICA C. GILBERTSON (a/k/a Jessica Medlin); and KELLIE TASTO, As Custodian for H.G. (UTMA),<br><br>Defendants. | Case No. 16-cv-09727-WHP<br><br>**<u>DEFENDANT MICHAEL L. REGER'S NOTICE OF MOTION AND MOTION TO DISMISS THE THIRD AMENDED COMPLAINT AND MOTION TO STRIKE</u>** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that a hearing will be held on June 4, 2019, at 11:00 a.m. before the Honorable William H. Pauley III, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on the Motion to Dismiss the Third Amended Complaint and Motion to Strike submitted by Defendant Michael L. Reger.

## MOTION

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants hereby move the Court for an order dismissing Count III of Plaintiff's Third Amended Complaint (Dkt. 175) against Defendant Michael L. Reger in the above-captioned action, on the grounds that it fails to state a claim for which this Court may grant relief.  In addition, Defendant Michael L. Reger moves to strike paragraphs 10, 32, 49, and 178 of the Third Amended Complaint, on the grounds that they are immaterial, impertinent, scandalous, and not based on admissible evidence.  This Motion is based upon all of the pleadings, files, records, and proceedings herein, the memorandum of law and exhibits in support of the Motion, and the arguments of counsel.

Dated:  April 5, 2019                              DORSEY & WHITNEY LLP

By:  /s/ James K. Langdon
James K. Langdon
(admitted *pro hac vice*)
Michael E. Rowe III
(admitted *pro hac vice*)
50 South 6th St #1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
rowe.michael@dorsey.com

David A. Scheffel
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019-6119
Telephone:  (212) 415-9200
scheffel.david@dorsey.com

*Attorneys for Defendant*
*Michael L. Reger*

## CERTIFICATE OF SERVICE

I, James K. Langdon, hereby affirm that on this 5th day of April, 2019, I caused the foregoing Defendant Michael L. Reger's Notice of Motion and Motion to Dismiss the Third Amended Complaint and Motion to Strike to be served via this Court's Electronic Case Filing system.

Dated: April 5, 2019                               /s/ James K. Langdon
                                                                James K. Langdon