UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| JON D. GRUBER, Individually And On Behalf Of All Others Similarly Situated, | : : : | No. 16-cv-09727-JSR |
| Plaintiff, | : : | Hon. Jed S. Rakoff |
| v. | : : | |
| RYAN R. GILBERTSON, et al., | : : | |
| Defendants. | : : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS WITH THE OFFICER AND DIRECTOR DEFENDANTS AND DEFENDANT RYAN R. GILBERTSON**

PLEASE TAKE NOTICE that upon the Stipulations and Agreements of Settlement dated May 23, 2022, with the Officer and Director Defendants and defendant Ryan R. Gilbertson; the Declaration of Solomon B. Cera filed herewith; the accompanying Memorandum of Law; and all other papers and proceedings herein, Class Representative Jon D. Gruber will move this Court, on May 31, 2022 at 11:00 a.m. ET, under Rule 23(e) of the Federal Rules of Civil Procedure, for an order preliminarily approving the settlements.

Attached hereto as Exhibit 1 is the proposed Order Preliminarily Approving Proposed Settlements and Providing for Notice (together with exhibits).

Dated:  May 23, 2022                              Respectfully submitted,

**CERA LLP**

By:/s/*Solomon B. Cera*
Solomon B. Cera
Pamela A. Markert
Kenneth A. Frost
595 Market Street, Suite 1350
San Francisco, CA 94105
Telephone: (415) 777-2230
Email: scera@cerallp.com
Email: pmarkert@cerallp.com
Email: kfrost@cerallp.com

*Class Counsel*

**MOLOLAMKEN LLP**
Steven F. Molo
Robert K. Kry
Alex C. Eynon
Mark W. Kelley
430 Park Avenue, 6th Floor
New York, NY 10022
Telephone: (212) 607-8170
Email: smolo@mololamken.com
Email: rkry@mololamken.com
Email: aeynon@mololamken.com
Email: mkelley@mololamken.com

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Jeffrey S. Abraham
Lawrence D. Levit
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Email: jabraham@aftlaw.com
Email: llevit@aftlaw.com

*Attorneys for Plaintiff and on Behalf
of All Others Similarly Situated*