UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JON D. GRUBER, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

-v-

RYAN D. GILBERTSON, et al.,

    Defendants.

16-cv-09727 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    Defendants have moved, pursuant to Federal Rules of Civil Procedure 50(b) and 59, for judgment notwithstanding the verdict or for a new trial. The motion has now been fully briefed. On review of the motion papers, the Court concludes that the defendants have raised serious issues concerning loss causation that would benefit from oral argument. Accordingly, counsel for the parties should jointly call chambers by no later than 5:00 PM today, July 19, 2022, to set a date and time for oral argument. Meanwhile, the schedule previously set for the Court to rule on defendants' motion and for the parties to then submit papers on the calculation of damages is adjourned sine die.

SO ORDERED.

New York, NY
July 19, 2022

JED S. RAKOFF, U.S.D.J.

1