UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRUBER, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>RYAN R. GILBERTSON, et al.,<br><br>      Defendants. | 16-c-9727 (JSR)<br><br>ERRATUM |

JED S. RAKOFF, U.S.D.J.:

This Court's Opinion and Order (Dkt. 525) denying defendant Michael Reger's motion for judgment as a matter of law or for a new trial is hereby corrected as follows: the first sentence of the concluding paragraph, on page 39, should be replaced with the following:

For the foregoing reasons, Reger's motion for judgment as a matter of law or for a new trial is hereby denied in its entirety.

SO ORDERED.

New York, NY
September 14, 2022

                                                JED S. RAKOFF, U.S.D.J.