UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JON D. GRUBER, Individually and
on Behalf of All Others Similarly Situated,

                Plaintiff,                      16 **CIVIL** 9727 (JSR)

    -against-                        **JUDGMENT**

RYAN R. GILBERTSON ET AL.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated September 19, 2023, plaintiffs' motions are GRANTED and Reger's motion is GRANTED in part and DENIED in part.

**Dated:** New York, New York
         September 20, 2023

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                          **BY:**

                                                          **Deputy Clerk**