UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
JON D. GRUBER, Individually And On : No. 16-cv-09727-JSR
Behalf Of All Others Similarly Situated, :
: 
Plaintiff, : **JUDGMENT**
:
v. :
:
RYAN R. GILBERTSON, ET AL., :
:
Defendants. :
:
------------------------------ x

Pursuant to Federal Rule of Civil Procedure 58 and the jury verdict (Dkt. 483), and the Orders of December 21, 2022 (Dkt. 537) and September 19, 2023 (Dkt. 559), judgment is entered in favor of plaintiff and class representative Jon D. Gruber, on behalf of himself and the certified class, against defendant Michael L. Reger in the amount of $234,773.15. Plaintiffs are also awarded post-judgment interest from the date of entry of this Judgment at the applicable federal post-judgment interest rate until this Judgment is satisfied in full.

**SO ORDERED.**

New York, NY
October 25, 2023

_____
JED S. RAKOFF, U.S.D.J.