UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JON D. GRUBER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RYAN R. GILBERTSON, et al.,<br><br>Defendants. | 16-cv-09727 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court issued final judgment approving the class action settlement in this case on January 23, 2024. See ECF No. 574. Distribution of settlement funds was substantially completed as of July 22, 2024. See ECF No. 575. The parties now consent to closing this case. The Clerk of Court is therefore respectfully directed to close the case.

SO ORDERED.

New York, NY
August 20, 2026

JED S. RAKOFF, U.S.D.J.